***NOT PRINTED FOR PUBLICATION***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 9:20-CR-28 |
| § | |
| LARRY CASTLEBERRY § | |

ORDER ACCEPTING
FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation. The parties agreed to the recommended sentence.

The parties did not file objections. The Court **ORDERS** that the findings of fact and recommendation on plea of true (Doc. No. 9) are **ACCEPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Larry Castleberry, to serve a term of twelve (12) months imprisonment, with no further supervised release.

So ORDERED and SIGNED, Oct 22, 2020.

Ron Clark
Senior Judge